```
                                                    FILED
                                                    November 22, 2010
         UNITED STATES DISTRICT COURT FOR THE       CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
             EASTERN DISTRICT OF CALIFORNIA         CALIFORNIA
                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )       Case No. 2:10CR00468-JAM-1
         Plaintiff,                 )
v.                                  )       ORDER FOR RELEASE OF
                                    )       PERSON IN CUSTODY
JOSE MELECIO PENA,                  )
                                    )
         Defendant.                 )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release   JOSE MELECIO PENA  , Case No. 2:10CR00468-JAM-1  , Charge   21USC § 846 & 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $ $50,000.00

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        ✗ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)        Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  November 22, 2010  at  11:18 am  .

                By   /s/ Gregory G. Hollows
                      Gregory G. Hollows
                      United States Magistrate Judge

Copy 1 - U.S. Marshal