MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for JOSE PENA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-10-468  JAM |
| Plaintiff, | ) |
|  | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE THE STATUS |
|  | ) CONFERENCE |
| JOSE PENA, | ) |
| LEONARDO CONTREREAS, | ) Date: 2-1-11 |
| DAMION CERVANTES and | ) Time: 9:30 a.m. |
| OSCAR VIRRUETA, | ) Judge: Hon. John A. Mendez |
| Defendants. | ) |
| ==============================) | |

It is hereby stipulated between the parties, Assistant United States Attorney Heiko Coppola, Michael Long, attorney for JOSE PENA, Matthew Beauchamp, attorney for LEONARDO CONTRERAS, Erin Radekin, attorney for DAMION CERVANTES and Carl Larson, attorney for OSCAR VIRRUETA, that the status conference date of December 7, 2010, should be continued until February 1, 2011.

Defense counsel just received 285 pages of discovery along with approximately 30 CDs and DVDs.  Many of the wire recordings are in Spanish and translations may need to be requested and prepared.  Each defense attorney needs time to review the discovery and then meet with his or her client concerning the materials.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of February 1, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)

-1-

PDF created with pdfFactory trial version www.pdffactory.com

and Local Code T4, for ongoing preparation of counsel.  Each party stipulates that each defendant's need for additional time to review the discovery outweighs each defendant's, and the public's, need for a speedy trial.

Dated:  November 29, 2010                                   Respectfully submitted,

                                                                           /s/ Michael D. Long
                                                                           MICHAEL D. LONG
                                                                           Attorney for Mr. Pena

Dated:  November 29, 2010                                   /s/ Matthew Beauchamp
                                                                           MATTHEW BEAUCHAMP
                                                                           Attorney for Mr. Contreras

Dated:  November 29, 2010                                   /s/ Erin Radekin
                                                                           ERIN RADEKIN
                                                                           Attorney for Mr. Cervantes

Dated:  November 29, 2010                                   /s/ Carl Larson
                                                                           CARL LARSON
                                                                           Attorney for Mr. Virrueta

Dated:  November 29, 2010

                                                                           BENJAMIN WAGNER
                                                                           United States Attorney

                                                                           /s/ Heiko Coppola
                                                                           HEIKO COPPOLA
                                                                           Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

```
MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  ) | No. CR-S-10-468 JAM |
|         Plaintiff,  ) | |
| ) | ORDER |
|   v.  ) | |
| ) | |
| JOSE PENA,  ) | |
| LEONARDO CONTREREAS,  ) | Date: 2-1-11 |
| DAMION CERVANTES and  ) | Time: 9:30 a.m. |
| OSCAR VIRRUETA,  ) | Judge: Hon. John A. Mendez |
|         Defendants.  ) | |
| ===============================) | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for December 7, 2010, at 9:30 a.m. be continued to February 1, 2010, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the granting a continuance in this case will permit each attorney to effectively represent his or her client by giving each attorney adequate time to review the recently provided discovery and then to consult with his or her client.  The interests of justice outweigh the defendants' and the public interests in a speedy trial.  The interests of justice are served by the granting of this continuance.

The period of time from December 7, 2010, up to and including the new status conference date of February 1, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  12/30/2010                                    /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     United States District Judge

-3-

PDF created with pdfFactory trial version www.pdffactory.com