```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )    CASE NO. 2:10-CR-0468 JAM
                                 )
11             Plaintiff,        )
                                 )
12       v.                      )    STIPULATION AND
                                 )    ORDER TO EXCLUDE TIME
13  JOSE PENA, et.al.            )
                                 )
14                               )
               Defendant.        )
15  _____)
16
```

17       The parties request that the status conference in this case be
18  continued from February 1, 2011 to April 12, 2011 at 9:30 a.m.  They
19  stipulate that the time between February 1, 2011 and April 12, 2011
20  should be excluded from the calculation of time under the Speedy
21  Trial Act.  The parties stipulate that the ends of justice are served
22  by the Court excluding such time, so that counsel for the defendant
23  may have reasonable time necessary for effective preparation, taking
24  into account the exercise of due diligence.  18 U.S.C. §
25  3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, all defense
26  counsel need additional time to review the discovery already provided
27  and to conduct further investigation of the case.  The parties
28  stipulate and agree that the interests of justice served by granting

1

this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: February 1, 2011       By:  /s/ Heiko P. Coppola
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

DATE: February 1, 2011            /s/ Michael Long
                                                MICHAEL LONG
                                                Attorney for Defendant
                                                Jose Pena

                                                /s/ Matthew Beauchamp
                                                MATTHEW BEAUCHAMP
                                                Attorney for Defendant
                                                Leonardo Contreras

                                                /s/ Erin Radekin
                                                ERIN RADEKIN
                                                Attorney for Defendant
                                                Damian Cervantes

                                                /s/ Carl Larson
                                                CARL LARSON
                                                Attorney for Defendant
                                                Oscar Virrueta

                                                **SO ORDERED.**

DATE: 2/1/2011
                                                /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                U.S. District Judge