BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-0468 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| JOSE PENA, et.al. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from April 12, 2011 to June 14, 2011 at 9:30 a.m. They stipulate that the time between April 12, 2011 and June 14, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery already provided and to conduct further investigation of the

case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                                     Respectfully Submitted,

                                                     BENJAMIN B. WAGNER
                                                   United States Attorney

DATE: March 30, 2011        By:   /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

DATE: March 30, 2011            /s/ Michael Long
                                              MICHAEL LONG
                                              Attorney for Defendant
                                              Jose Pena

                                              /s/ Matthew Beauchamp
                                              MATTHEW BEAUCHAMP
                                              Attorney for Defendant
                                              Leonardo Contreras

                                              /s/ Erin Radekin
                                              ERIN RADEKIN
                                              Attorney for Defendant
                                              Damian Cervantes

                                              /s/ Carl Larson
                                              CARL LARSON
                                              Attorney for Defendant
                                              Oscar Virrueta

                                              **SO ORDERED.**

DATE: 3/30/2011
                                              /s/ John A. Mendez
                                              HON. JOHN A. MENDEZ
                                              U.S. District Judge