1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DAMION C. CERVANTES

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,              2:10-CR-00468 JAM

11 |         Plaintiff,

12 | v.

13 | DAMION C. CERVANTES,                   **STIPULATION AND ORDER TO**
                                            **CONTINUE STATUS CONFERENCE**
14 |         Defendant.

15

16

17

18                               **STIPULATION**

19      Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Heiko P. Coppola; Jose Melecio Pena, by and through his counsel, Michael D. Long;

21 defendant, Leonardo Contreras, by and through his counsel, Matthew R. Beauchamp; defendant,

22 Oscar Virrueta, by and through his counsel, Carl E. Larson; and defendant Damion C. Cervantes, by

23 and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status

24 conference, June 14, 2011 at 9:30 a.m., in the above-captioned matter, and to continue the status

25 conference to August 9, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

26      The reason for this request is that additional time is needed for translation of tape recordings

27 included in the discovery from Spanish to English for review by counsel, investigation and other

28 defense preparation, and plea negotiations.  The Court is advised that Mr. Coppola, Mr. Long, Mr.

Beauchamp, and Mr. Larson concur with this request and have authorized Ms. Radekin to sign this

1  stipulation on their behalf.

2      The parties further agree and stipulate that the time period from the filing of this stipulation
3  until August 9, 2011 should be excluded in computing time for commencement of trial under the
4  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
6  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
7  outweigh the best interests of the public and the defendant in a speedy trial.

8      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10 Dated: June 13, 2011                              BENJAMIN WAGNER
                                                    United States Attorney
11
                                              By:       /s/ Heiko P. Coppola
12                                                  HEIKO P. COPPOLA
                                                    Assistant United States Attorney
13

14 Dated: June 13, 2011                                  /s/ Michael D. Long
                                                    MICHAEL D. LONG
15                                                  Attorney for Defendant
                                                    JOSE MELECIO PENA
16

17 Dated: June 13, 2011                                  /s/ Matthew R. Beauchamp
                                                    MATTHEW R. BEAUCHAMP
18                                                  Attorney for Defendant
                                                    LEONARDO CONTRERAS
19

20 Dated: June 13, 2011                                  /s/ Carl E. Larson
                                                    CARL E. LARSON
21                                                  Attorney for Defendant
                                                    OSCAR VIRRUETA
22

23 Dated: June 13, 2011                                  /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
24                                                  Attorney for Defendant
                                                    DAMION C. CERVANTES
25

26                                **ORDER**

27      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
28 conference date of June 14, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for

status conference on August 9, 2011 at 9:30 a.m.  The Court finds excludable time in this matter through August 9, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   6/13/2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge