**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAMION C. CERVANTES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00468 JAM |
| Plaintiff, | |
| v. | |
| DAMION C. CERVANTES, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola; Jose Melecio Pena, by and through his counsel, Michael D. Long; defendant, Leonardo Contreras, by and through his counsel, Matthew R. Beauchamp; defendant, Victor Cruz, by and through his counsel, Benjamin D. Galloway; defendant, Oscar Virrueta, by and through his counsel, Carl E. Larson; and defendant Damion C. Cervantes, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, August 9, 2011 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to September 27, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that additional time is needed for translation of tape recordings included in the discovery from Spanish to English for review by counsel, investigation and other defense preparation, and plea negotiations.  The Court is advised that Mr. Coppola, Mr. Long, Mr.

1   Beauchamp, Mr. Galloway, and Mr. Larson concur with this request and have authorized Ms.

2   Radekin to sign this stipulation on their behalf.

3        The parties further agree and stipulate that the time period from the filing of this stipulation

4   until September 27, 2011 should be excluded in computing time for commencement of trial under the

5   Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

6   Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

7   preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

8   outweigh the best interests of the public and the defendant in a speedy trial.

9        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10  IT IS SO STIPULATED

11  Dated: August 8, 2011                         BENJAMIN WAGNER
                                                  United States Attorney
12
                                          By:_____/s/ Heiko P. Coppola_____
13                                            HEIKO P. COPPOLA
                                              Assistant United States Attorney
14

15  Dated: August 8, 2011                       ____/s/ Michael D. Long_____
                                                 MICHAEL D. LONG
16                                               Attorney for Defendant
                                                 JOSE MELECIO PENA
17

18  Dated: August 8, 2011                       ____/s/ Matthew R. Beauchamp_____
                                                 MATTHEW R. BEAUCHAMP
19                                               Attorney for Defendant
                                                 LEONARDO CONTRERAS
20

21  Dated: August 8, 2011                       ____/s/ Benjamin D. Galloway_____
                                                 BENJAMIN D. GALLOWAY
22                                               Attorney for Defendant
                                                 VICTOR CRUZ
23

24  Dated: August 8, 2011                       ____/s/ Carl E. Larson_____
                                                 CARL E. LARSON
25                                               Attorney for Defendant
                                                 OSCAR VIRRUETA
26  / / /

27  / /

28  /

1  Dated: August 8, 2011                    ____/s/ Erin J. Radekin_____
                                            ERIN J. RADEKIN
2                                           Attorney for Defendant
                                            DAMION C. CERVANTES
3

4                                  **<u>ORDER</u>**

5          For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

6  conference date of August 9, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set

7  for status conference on September 27, 2011 at 9:30 a.m.  The Court finds excludable time in this

8  matter through September 27, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

9  continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

10 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

11 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

12 3161(h)(7)(A), (h)(7)(B)(iv).

13 IT IS SO ORDERED.

14 Dated:  8/8/2011                          /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ
15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-