BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0468 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO EXCLUDE TIME |
| JOSE PENA, et.al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from September 27, 2011 to November 1, 2011 at 9:30 a.m. They stipulate that the time between September 27, 2011 and November 1, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery already provided and to conduct further

investigation of the case. Defense counsel for Mr. Cruz was recently appointed and Mr. Contreras also has new defense counsel, both of whom need additional time to review the discovery and perform investigation. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

          Respectfully Submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATE: September 22, 2011   By:  /s/ Heiko P. Coppola
          HEIKO P. COPPOLA
          Assistant U.S. Attorney

DATE: September 22, 2011    /s/ Michael Long
          MICHAEL LONG
          Attorney for Defendant Jose Pena

          /s/ Jesse Santana
          JESSE SANTANA
          Attorney for Defendant Leonardo Contreras

          /s/ Benjamin Galloway
          BENJAMIN GALLOWAY
          Attorney for Defendant Victor Cruz

          /s/ Erin Radekin
          ERIN RADEKIN
          Attorney for Defendant Damian Cervantes

          /s/ Carl Larson
          CARL LARSON
          Attorney for Defendant Oscar Virrueta

**SO ORDERED.**

DATE: 9/22/2011

          /s/ John A. Mendez
          HON. JOHN A. MENDEZ
          U.S. District Judge