**Jesse I. Santana (State Bar No. 132803)**
**The Santana Law Firm**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Leonardo Contreras

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0468 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| JOSE PENA, et. al. | |
| Defendants. | Date:  November 1, 2011<br>Time:  9:30 a.m.<br>Hon. John A. Mendez |

The parties request that the current status conference in this case be continued from November 1, 2011 to January 10, 2012 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T-4.

Defense counsel need additional time to review the discovery and to conduct further investigation in this case. For these reasons, the parties jointly request a new status conference date, and that the time period from November 1, 2011, to and including January 10, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4

1

for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: October 28, 2011          /s/ Jesse I. Santana
                                JESSE I. SANTANA

                                Attorney for Defendant
                                Leonardo Contreras

Date: October 28, 2011.         /s/ Michael Long
                                MICHAEL LONG

                                Attorney for Defendant
                                Jose Pena

Date: October 28, 2011.         /s/ Erin Radekin
                                ERIN RADEKIN

                                Attorney for Defendant
                                Damian Cervantes

Date: October 28, 2011.         /s/ Carl Larson
                                CARL LARSON

                                Attorney for Defendant
                                Oscar Virrueta

Date: October 28, 2011.         /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY

                                Attorney for Defendant
                                Victor Cruz

Date: October 28, 2011.         /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA

                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 28, 2011.    /s/ John A. Mendez
JOHN A. MENDEZ

U.S. DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT