1   **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2   428 J Street, Suite 350
Sacramento, California 95814
3   Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5   DAMION C. CERVANTES

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

11  UNITED STATES OF AMERICA,                  **2:10-CR-00468 JAM**

12                    Plaintiff,

13  v.                                         **STIPULATION AND ORDER TO**
                                               **CONTINUE STATUS CONFERENCE**
14
    DAMION C. CERVANTES,
15
                      Defendant.
16

17

18                              **STIPULATION**

19         Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Heiko P. Coppola; Jose Melecio Pena, by and through his counsel, Michael D. Long;

21  defendant, Leonardo Contreras, by and through his counsel, Jesse I. Santana; defendant, Victor Cruz,

22  by and through his counsel, Benjamin D. Galloway; defendant, Oscar Virrueta, by and through his

23  counsel, Carl E. Larson; and defendant Damion C. Cervantes, by and through his counsel, Erin J.

24  Radekin, agree and stipulate to vacate the date set for status conference, February 7, 2012 at 9:30

25  a.m., in the above-captioned matter, and to continue the status conference to May 8, 2012 at 9:30 a.m.

26  in the courtroom of the Honorable John A. Mendez.

27         The reason for this request is that additional time is needed for review of the translations of

28  the tape recordings, investigation and other defense preparation, and plea negotiations.  The Court is

    advised that Mr. Coppola, Mr. Long, Mr. Santana, Mr. Galloway, and Mr. Larson concur with this

1  request and have authorized Ms. Radekin to sign this stipulation on their behalf.

2       The parties further agree and stipulate that the time period from the filing of this stipulation

3  until May 8, 2012 should be excluded in computing time for commencement of trial under the Speedy

4  Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,

5  to allow continuity of counsel and to allow reasonable time necessary for effective defense

6  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

7  outweigh the best interests of the public and the defendant in a speedy trial.

8       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10 Dated: February 6, 2012                    BENJAMIN WAGNER
                                             United States Attorney

11
                                   By:     /s/ Heiko P. Coppola
12                                         HEIKO P. COPPOLA
                                           Assistant United States Attorney

13

14 Dated: February 6, 2012                    /s/ Michael D. Long
                                             MICHAEL D. LONG
15                                           Attorney for Defendant
                                             JOSE MELECIO PENA

16

17 Dated: February 6, 2012                    /s/ Jesse I. Santana
                                             JESSE I. SANTANA
18                                           Attorney for Defendant
                                             LEONARDO CONTRERAS

19

20 Dated: February 6, 2012                    /s/ Benjamin D. Galloway
                                             BENJAMIN D. GALLOWAY
21                                           Attorney for Defendant
                                             VICTOR CRUZ

22

23 Dated: February 6, 2012                    /s/ Carl E. Larson
                                             CARL E. LARSON
24                                           Attorney for Defendant
                                             OSCAR VIRRUETA

25

26 Dated: February 6, 2012                    /s/ Erin J. Radekin
                                             ERIN J. RADEKIN
27                                           Attorney for Defendant
                                             DAMION C. CERVANTES

28

1

**<u>ORDER</u>**

2       For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

3 conference date of February 7, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set

4 for status conference on May 8, 2012 at 9:30 a.m.  The Court finds excludable time in this matter

5 through May 8, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of

6 counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons

7 stipulated by the parties, the Court finds that the interest of justice served by granting the request

8 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

9 3161(h)(7)(A), (h)(7)(B)(iv).

10 IT IS SO ORDERED.

11 Dated:   2/6/2012                     /s/ John A. Mendez

                                      HON. JOHN A. MENDEZ

12                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28