**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DAMION C. CERVANTES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAMION C. CERVANTES,<br><br>　　　　　Defendant. | 2:10-CR-00468 JAM<br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko P. Coppola; Jose Melecio Pena, by and through his counsel, Michael D. Long; defendant, Leonardo Contreras, by and through his counsel, Jesse I. Santana; defendant, Victor Cruz, by and through his counsel, Benjamin D. Galloway; defendant, Oscar Virrueta, by and through his counsel, Carl E. Larson; and defendant Damion C. Cervantes, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 8, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to July 17, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is additional time is needed for review of the translations of the tape recordings and for plea negotiations. The parties are currently working on a global resolution for all defendants, and hope to resolve these cases by the July 17th court date. The Court is advised that

Mr. Coppola, Mr. Long, Mr. Santana, Mr. Galloway, and Mr. Larson concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 17, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 4, 2012                                BENJAMIN WAGNER
                                                  United States Attorney

                                          By:        /s/ Heiko P. Coppola
                                                  HEIKO P. COPPOLA
                                                  Assistant United States Attorney

Dated: May 4, 2012                                   /s/ Michael D. Long
                                                  MICHAEL D. LONG
                                                  Attorney for Defendant
                                                  JOSE MELECIO PENA

Dated: May 4, 2012                                   /s/ Jesse I. Santana
                                                  JESSE I. SANTANA
                                                  Attorney for Defendant
                                                  LEONARDO CONTRERAS

Dated: May 4, 2012                                   /s/ Benjamin D. Galloway
                                                  BENJAMIN D. GALLOWAY
                                                  Attorney for Defendant
                                                  VICTOR CRUZ

Dated: May 4, 2012                                   /s/ Carl E. Larson
                                                  CARL E. LARSON
                                                  Attorney for Defendant
                                                  OSCAR VIRRUETA

Dated: May 4, 2012                                   /s/ Erin J. Radekin
                                                  ERIN J. RADEKIN
                                                  Attorney for Defendant
                                                  DAMION C. CERVANTES

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of May 8, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 17, 2012 at 9:30 a.m. The Court finds excludable time in this matter through July 17, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 5/7/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge