DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
JOSE PENA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-cr-468 JAM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JOSE PENA  ET. AL., | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Samuel Wong, defendant Leonardo Contreras through his undersigned counsel Jesse Santana, and defendant Jose Pena through his undersigned counsel Dwight Samuel, that the previously scheduled status conference date of October 30,2012, be vacated and the matter set for status conference on December 11, 2012 at 9:45 a.m.

The reason for this request is that there is some additional discovery to be sought. The parties further agree and stipulate that the Court shall order the time period from the filing of this stipulation, October 26, 2012, until December 11, 2012, shall be excluded in computing the time period within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.

It is further agreed and stipulated that the Court shall find that the ends of justice served in

granting the request for this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as its order.


DATED: October 26, 2012          By:          _____/s/_____
                                              DWIGHT M. SAMUEL
                                              Attorney for Defendant
                                              JOSE PENA

                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED: October 26, 2012          By:          _____/s/_____
                                              SAMUEL WONG
                                              Assistant U.S. Attorney

DATED: October 26, 2012                       _____/s/_____
                                              JESSE I. SANTANA
                                              Attorney for Defendant
                                              LEONARDO CONTRERAS

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 26, 2012, to and including December 11, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the October 30, 2012, status conference shall be continued to December 11, 2012, at 9:45 a.m.

IT IS SO ORDERED.


DATED:   10/26/2012                                   /s/ John A. Mendez

                                                      John A. Mendez
                                                      United States District Court Judge

1