DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
JOSE MELECIO PENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE MELECIO PENA,<br><br>          Defendant. | No.  10-CR-468 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCE AND SCHEDULE FOR DICLOSURE** |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Heiko Coppola, defendant JOSE MELECIO PENA, through his undersigned counsel Dwight Samuel that the scheduled sentencing date and schedule for disclosure dates be changed to the following:

Judgement and sentencing date be changed from January 13, 2015 to March 3, 2015.

The following schedule for disclosure of pre-sentence report and for filing of objections to the presentence report it is agreed to be as follows:

Reply or statement of non-opposition                                            February 24, 2015

Motion for correction of Pre-Sentence report filed                         February 17, 2015

1

| | |
|---|---|
| Pre-Sentence report filed | February 10,2015 |
| Counsel's written objections to the pre-sentence to probation | February 3, 2015 |
| Proposed Pre-sentence report disclosed to counsel | done |

Counsel for Mr. Pena only most recently recieved the rough draft of the proposed PSR. As a result counsel needs time to review it with the client, research issues and prepare any appropriate objections and corrections. I have contacted AUSA Coppola and discussed my time needs and our calendars to determine an appropriate date where all parties will be prepared to go forward with sentencing. Both counsel's calendars suggest the sentencing date should be March 3, 2015. I have checked with the clerk of the court on the courts availability and the court is available that date.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation, vacate the present date for sentence of January 13, 2015 and adopt the above enumerated shedule for disclosure and response to the Pre-sentence report and sentencing.

So stipulated,

Date: January 5, 2015                    /s/ Dwight M. Samuel
                                         Dwight M. Samuel
                                         Attorney for Defendant
                                         JOSE MELECIO PENA


Date: January 5, 2015                    /s/_____
                                         Assistant U.S. Attorney
                                         Heiko Coppola

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is further ordered that the January 13, 2015 date for sentencing shall be continued to March 3, 2015, at 9:30 a.m.

IT IS SO ORDERED

DATED:  1/5/2015

                                                /s/ John A. Mendez_____
                                                The Honorable Judge John A. Mendez